UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 25, 2006

No. 06-116
CR-97-290

In Re: TROY LAMONT MCFARLANE

    Movant

---------
O R D E R
---------

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Williams and Judge King.

                              For the Court

                              /s/ Patricia S. Connor
                              _____
                              CLERK